1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

JENNIFER COMPARAN,

12

Plaintiff.

13

v.

14

TARGET CORPORATION, a
Minnesota corporation; and DOES 1 to
150, inclusive,

15

16

Defendants.

17

18

Case No. EDCV13-948 MWF(SPx)

**ORDER GRANTING THE
PARTIES' STIPULATION AND
PROPOSED PROTECTIVE
ORDER RE: CONFIDENTIAL
INFORMATION**

**[NOTE CHANGES MADE BY THE
COURT]**

19

20

21

22

23

24

25

26

27

28

Case No. EDCV13-948 MWF(SPx)

STIPULATION AND PROPOSED PROTECTIVE
ORDER RE: CONFIDENTIAL INFORMATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED, ADJUDGED, and DECREED that all parties to this action shall obey the provisions of the Stipulation and Proposed Protective Order Re: Confidential Information and the Court accepts the Stipulation and Proposed Protective Order Re: Confidential Information, with the following modifications:

The first sentence of paragraph 12 is modified to read: "The extent and manner in which any Confidential Information may be used at trial shall be decided by the Court at the final pretrial conference or at such other time as determined by the Court, after all parties have had an opportunity to be heard."; and

The second sentence of paragraph 14 is modified to read: "If no resolution can be reached, the matter may be presented to the Court in compliance with Local Rule 37 by the party seeking to designate any information as 'Confidential.'"

IT IS SO ORDERED.

DATED:  October 15, 2013

_____

Honorable Sheri Pym
United States Magistrate Judge

Case No.  EDCV13-948 MWF(SPx)          1          STIPULATION AND PROPOSED PROTECTIVE
ORDER RE: CONFIDENTIAL INFORMATION